UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICK F. JOHNSTON,

                    Plaintiff,

    v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.

Case No. 6:25-cv-00073-SB

ORDER GRANTING MOTION
FOR ATTORNEY'S FEES
PURSUANT TO 28 U.S.C. § 2412

Based on the parties' stipulation, IT IS HEREBY ORDERED that attorney's fees in

the amount of $6,784.58 will be awarded to Plaintiff in care of his attorney pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's

debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his attorney, Scott A.

Sell, at Mr. Sell's address:  820 SW 2nd Ave., Suite 200, Portland, OR 97204.  There are no

costs or expenses.

**IT IS SO ORDERED**

Dated this 30th day of April, 2026.

_____

HON. STACIE F. BECKERMAN
United States Magistrate Judge