IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICK F. JOHNSTON,

               Plaintiff,

      v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

               Defendant.

Case No.: 6:25-cv-00073-SB

ORDER GRANTING
UNOPPOSED MOTION
FOR ATTORNEY FEES
UNDER 42 U.S.C § 406(B)

It is hereby ORDERED that attorneys' fees in the amount of $20,870.06 from Plaintiff's past-due benefits are awarded to Plaintiff's attorney pursuant to 42 U.S.C.§ 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Plaintiff has been awarded attorney fees in the amount of $6,784.58 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

When issuing the section 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount paid under the EAJA and send Plaintiff's attorneys the balance, minus any applicable processing fees as allowed by statute.

Dated this 27th day of May, 2026.

_____

Hon. Stacie F. Beckerman
United States Magistrate Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost
Attorney for Plaintiff